UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>Jose AVALOS-Llamas,<br><br>            Defendant | Magistrate Docket No.<br><br>**'08 MJ 1529**<br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **May 15, 2008** within the Southern District of California, defendant, **Jose AVALOS-Llamas,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **16th** DAY OF **MAY 2008**

_____
Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE



CONTINUATION OF COMPLAINT:
Jose AVALOS-Llamas

## PROBABLE CAUSE STATEMENT

On May 15, 2008, at approximately 5:00 a.m., Border Patrol Agent P. Molina was performing assigned duties near Tecate, California, when a seismic intrusion device was activated near his area. Agent Molina responded and found several sets of footprints heading in a northerly direction. Agent Molina continued to follow the footprints north until he heard movement in the surrounding brush. Agent Molina identified himself as a United States Border Patrol Agent, and instructed the individuals he believed were hiding in the brush to show themselves. Some of the individuals attempting to conceal themselves did as they were instructed, however several individuals attempted to abscond from Agent Molina, and other agent who responded to assist. Border Patrol Air Support was also contacted to assist, resulting in the apprehension of seventeen individuals, which included one individual later identified as the defendant **Jose AVALOS-Llamas.** All subjects including the defendant were questioned as to their citizenship and nationality. All subjects including the defendant stated they were citizens and nationals of Mexico present without the proper immigration documents allowing them to be in or remain in the United States legally. All seventeen were arrested and transported to the Tecate, California Border Patrol Field Station for further processing.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **March 29, 2008** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General o the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was read his Miranda rights, which he acknowledged and was willing to make a statement without an attorney present. The defendant stated that he was a citizen and national of Mexico without valid immigration documents to enter or remain within the United States legally.